1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TENG VANG,

11          Petitioner,                    No. CIV S-11-0116 CKD P

12      vs.

13   GARY SWARTHOUT,

14          Respondent.                    ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On July 29, 2011, respondent filed a motion to

18   dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS

19   HEREBY ORDERED that within thirty days petitioner file an opposition to respondent's

20   pending motion to dismiss or a statement of non-opposition.  Failure to comply with this order

21   will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal

22   Rules of Civil Procedure.

23    Dated: September 7, 2011

24                                         _____

25                                         CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

26   3 - vang0116.146

1