IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TENG VANG,

    Petitioner,           No. CIV S-11-0116 CKD P

    vs.

GARY SWARTHOUT,

    Respondent.         <u>ORDER</u>

                              /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 29, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days petitioner file an opposition to respondent's pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: September 7, 2011

                                                                  _____
                                                                   CAROLYN K. DELANEY
                                                                   UNITED STATES MAGISTRATE JUDGE

3 - vang0116.146